IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DIDERICO LOPEZ GONZALEZ, § § Petitioner-Defendant, § § v. § § THE UNITED STATES OF AMERICA, § § Respondent-Plaintiff. § | CIVIL ACTION NO. H-13-1059 (Criminal No. H-11-828) |

## MEMORANDUM OPINION AND ORDER

Petitioner, Diderico Lopez Gonzalez, has filed a Motion Pursuant § 5K3.1 "Fast Track Law" or Early Disposition Relief U.S.S.G. 2L1.2 Motion Pursuant to § 2255, to vacate set aside or correct sentence to a federal inmate (pro se) (Docket Entry No. 1 in C.A. No. H-13-1059; Docket Entry No. 41 in Crim. No. H-11-828). Pending before the court is the United States' Motion to Dismiss § 2255 Motion (Docket Entry No. 45 in Crim. No. H-11-828).

Gonzalez argues that the court erred in not reducing his advisory sentencing guideline range because he was eligible for the "Fast Track" program and in increasing his base offense level by 16 levels because of his prior drug trafficking conviction. Gonzalez's arguments that the court misapplied the sentencing guidelines are not cognizable in a § 2255 action. United States v. Williamson, 183 F.3d 458, 462 (5th Cir. 1999).

Because neither of the grounds for relief asserted by Gonzalez is cognizable in a § 2255 action, the United States' Motion to Dismiss § 2255 Motion (Docket Entry No. 45 in Crim. No. H-11-828) is **GRANTED**.

**SIGNED** at Houston, Texas, on this the 1st day of July, 2013.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE